FOURTH DEPARTMENT, SEPTEMBER, 2011

(September 9, 2011)

■ In the Matter of CHARLES BURKWIT, Appellant, v NEW YORK STATE BOARD OF ELECTIONS, Respondent, and WAYNE COUNTY BOARD OF ELECTIONS et al., Respondents. [929 NYS2d 786]—

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Green and Gorski, JJ.